IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE CLEVENGER,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>        Defendant. | 1:08cv0501 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION<br><br>(Document 8) |

    Plaintiff, proceeding pro se, filed the instant action challenging the denial of Social Security benefits on March 28, 2008.

    On April 15, 2008, Plaintiff, through counsel, filed a Notice of Dismissal Without Prejudice. She requests that the action be dismissed without prejudice as moot.

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's request is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   April 29, 2008**              **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE

1